IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA D. BECCUE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:20-CV-00692-MAB ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on June 28, 2021, by United States Magistrate Judge Mark A. Beatty (Doc. 31), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Teresa D. Beccue and against Defendant Commissioner of Social Security.

DATED: June 28, 2021

                                             **MARGARET M. ROBERTIE,**
                                             **Clerk of Court**

                                             BY:  /s/ *Jennifer Jones*
                                                   **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**